## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| International Union of Operating Engineers, Local 150, AFL−CIO<br><br>Plaintiff,<br><br>v.<br><br>Jimenez & Sons Excavating & Trucking, Inc., et al.<br><br>Defendant. | Case No.: 1:25−cv−03190<br><br>Honorable Andrea R. Wood |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: Motion for leave to withdraw as attorney [21] and [22] are set for a telephonic motion hearing on 9/26/2025 at 10:30 AM. Sam Jimenez is directed to appear personally at the telephonic motion hearing. Attorneys Miller and Cahill shall provide a copy of their motion to withdraw and this order to Sam Jimenez. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.