**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

International Union of Operating Engineers, Local
150, AFL–CIO

                                   Plaintiff,

v.                                       Case No.:
                                       1:25–cv–03190

                                       Honorable Andrea R.
                                       Wood

Jimenez & Sons Excavating & Trucking, Inc., et al.

                                   Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 26, 2025:

       MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion
hearing held on 9/26/2025. For the reasons stated on the record, motion for leave to
withdraw as attorney [21] and [22] are entered and continued. By 10/10/2025, Defendants'
counsel shall file a status report or notice of withdrawal of the motion to withdraw.
Defendants shall respond to Plaintiff's outstanding discovery requests by 10/17/2025. By
10/24/2025, the parties shall file a joint status report proposing an appropriate
modification to the discovery schedule. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.