# EXHIBIT A

```
                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

INTERNATIONAL UNION OF OPERATING    )   Case No. 25 C 3190
ENGINEERS, LOCAL 150, AFL-CIO,      )
                                    )
                Plaintiff,          )
                                    )
       v.                           )
                                    )
JIMENEZ & SONS EXCAVATING &         )
TRUCKING, INC., et al.,             )   Chicago, Illinois
                                    )   September 26, 2025
                Defendants.         )   10:56 a.m.


                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE ANDREA R. WOOD

APPEARANCES:

For the Plaintiff:      INTERNATIONAL UNION OF OPERATING
                            ENGINEERS, LOCAL 150
                        BY:  MR. EMIL P. TOTONCHI
                        6140 Joliet Road
                        Countryside, Illinois 60525


For the Defendants:     ALLOCCO, MILLER & CAHILL, P.C.
                        BY:  MR. TODD ABRAHAM MILLER
                        20 North Wacker Drive, Suite 3517
                        Chicago, Illinois 60606



Court Reporter:         NANCY L. BISTANY, CSR, RPR, FCRR
                        Official Court Reporter
                        219 South Dearborn Street, Room 1706
                        Chicago, Illinois 60604
                        (312) 435-7626
                        bistanyofficialtranscripts@gmail.com


                              *   *   *   *   *

                    PROCEEDINGS REPORTED BY STENOTYPE
         TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

1    (Proceedings heard via Webex:)
2             THE CLERK:  Calling the next case, 25 CV 3190,
3    International Union Engineers, Local 150 versus Jimenez & Sons
4    Excavating & Trucking, et al., for status.
5             MR. TOTONCHI:  Yes.  Emil Totonchi for plaintiff,
6    Local 150, Operating Engineers.
7             MR. MILLER:  Good morning, Your Honor.
8             Todd Miller on behalf of the defendants, Jimenez &
9    Sons and Samuel Jimenez, and I believe he is on the line with
10   us as well.
11            DEFENDANT JIMENEZ:  Correct.  Samuel Jimenez, present.
12            THE COURT:  Thank you, Mr. Jimenez.
13            All right.  There are a couple of things pending in
14   front of me, but the most pressing one is that Mr. Jimenez's
15   counsel are seeking to withdraw from this matter, and that is
16   why Mr. Jimenez has been directed to appear today, so that I
17   can figure out what needs to be done here.
18            It would appear from the public filing by counsel that
19   this is largely an issue of compensation.
20            Is that correct, counsel?  I guess, Ms. Cahill,
21   Mr. Miller?
22            MR. MILLER:  Your Honor, this is Todd Miller.
23            It's a combination of compensation and communication.
24   And Mr. Jimenez and I had a conversation this morning, which
25   has been probably a month or longer in coming, but we tried to

1   figure out if there is a way for us to continue working
2   together going forward with some different understandings about
3   how things are going to work.
4           And we may have resolved it.  And he had -- you know,
5   he had a work injury and some other matters that came up in his
6   life that caused him to go off the grid, so to speak; but I
7   think we have an understanding that he is going to be
8   communicating with me and working to try to come up with
9   some -- the money to pay for the discovery that's ready to be
10  given over to Mr. Totonchi, for the outstanding discovery,
11  which is also the subject of his motion to compel that's
12  pending before you, too.
13          So what I was going to suggest is -- I don't know how
14  pressing the matter is with the Court or with the plaintiff,
15  under the circumstances, obviously we have to get the discovery
16  to them; but Mr. Jimenez is going to try to come up with a
17  little bit of money to cover some of his fees.  And I'd be
18  willing to go forward if he can do that.  I don't want to
19  withdraw, and I had a good relationship with him before the
20  problems happened in his personal life.
21          So it's up to the Court, obviously, and Mr. -- and the
22  plaintiffs about how much time and/or flexibility for us, but I
23  was thinking possibly entering and continuing both pending
24  motions for a week or two to see if Mr. Jimenez can deliver,
25  which I believe he can; but, you know, we have to see how it

1 turns out.
2     THE COURT: So I take it that based on your
3 conversation you think that the communication issues are or can
4 be resolved?
5     MR. MILLER: I do. I do.
6     DEFENDANT JIMENEZ: Yes.
7     THE COURT: Mr. Jimenez, you agree you want to
8 continue with Mr. Miller and Ms. Cahill as your attorney?
9     DEFENDANT JIMENEZ: Yes, ma'am.
10     THE COURT: Okay. Well, let me hear from plaintiff's
11 counsel.
12     I certainly would encourage the couple of weeks'
13 continuance that's being requested. In the grand scheme of
14 things, that's not that much time. And if it puts the
15 defendants in a position to have counsel assist with discovery,
16 that seems to be in the best interest of both sides. But let
17 me hear from Mr. Totonchi.
18     MR. TOTONCHI: Yes. Thanks, Your Honor.
19     So I guess a couple of things. I am pleasantly
20 surprised also to hear Mr. Jimenez's voice on this call,
21 because we'd like to move this case forward.
22     Our discovery responses were due in mid-August. We
23 filed the motion to compel discovery September 8th. It is now
24 the end of September. We also have -- so we have not received
25 any discovery responses in this case yet, and we have only one

1  month until the discovery cutoff deadline.

2        So, of course, you know, we would be looking for -- in
3  addition, you know, obviously, we have no opposition to the
4  suggestion or proposal by defendants' counsel, you know, for a
5  two-week status regarding the motion to withdraw.

6        We would also want a deadline of -- I would say two
7  weeks is reasonable. So I think actually, we would want a
8  deadline of two weeks for compliance with our discovery
9  requests. In fact, I think compliance with those discovery
10  requests could be a good barometer as to whether Mr. Jimenez is
11  cooperating with his counsel.

12        So in addition to that, we would also request an
13  extension of the discovery cutoff deadline, because at this
14  stage we haven't received our initial discovery. We'll
15  obviously need to receive that, review it, and then determine
16  what, if any, other discovery would need to take place,
17  including, but not limited to, depositions.

18        So, yes, I believe that's where we stand as Local 150.

19        THE COURT: Okay. And I'll just note, I appreciate
20  that your motion to compel was filed towards the beginning of
21  the month. I'll just note it was just a couple of days later
22  that the motion to withdraw was filed.

23        And so I think I allowed a little bit of time between
24  the filing of that motion to withdraw and this hearing to make
25  sure that Mr. Jimenez could receive notice of the hearing and

1  be able to appear, which seems to be what has happened.
2          So I'm certainly not going to allow prejudice to the
3  plaintiff as a result of the intervening motion to withdraw.
4  If there's a need to extend the discovery date because of that
5  issue or just in general, that failure for the discovery to be
6  provided, my view is that I'll accommodate that so that
7  Mr. Totonchi's clients don't have to worry about that aspect of
8  it.
9          Mr. Miller, was it your thought that you would just
10 resolve the fee issue within the next couple of weeks or that
11 you would be able to actually produce the documents?  In other
12 words, are the documents ready to go once -- once the issue
13 with your clients has been resolved?
14         MR. MILLER:  The discovery is ready to go, Your Honor.
15 It just needs to -- the verifications for the interrogatories
16 need to be signed, and I need to go over them with -- with
17 Mr. Jimenez.
18         So the compensation is for the discovery preparation,
19 which we have now done.  And I just haven't been able to talk
20 with him or communicate with him to get together with him to go
21 over the final answers, the interrogatories, so that he can
22 sign off on them.  Once that's done, we'll serve them on -- the
23 responses on the plaintiffs.
24         So there's not a lot more -- a lot of additional work
25 that needs to get done other than just final review and

1  tweaking some things, if necessary.  But that is something that
2  I'm interested in doing; I'm willing to do.  Hopefully we can
3  get it done within these two weeks.  I'm concerned about the
4  compensation part of it, too, obviously, but I think it's
5  realistic.
6              MR. TOTONCHI:  I would add, Your Honor, it's not just
7  interrogatories.  It's also, you know, many documents that need
8  to be produced, and I'm wondering what the status is of
9  collecting those documents.
10             MR. MILLER:  Those are ready as well.
11             THE COURT:  Okay.  So, first of all, I appreciate
12 plaintiff's counsel's desire to get this resolved as quickly as
13 possible.  Here's what I am going to do, because my schedule in
14 that two-week-time period is quite packed.  I do have a jury
15 trial happening that week.  And, of course, there's a shortened
16 week the week of October 13th due to the federal holiday on
17 Monday.
18             So I'm inclined to allow two weeks until October 10th
19 for defense counsel to file some sort of notice either
20 withdrawing the motion to withdraw or indicating that you
21 haven't been able to resolve the issue with Mr. Jimenez and
22 that you are standing on your request to withdraw, in which
23 case I'll set the appropriate hearing on that, and we'll have
24 to deal with it.
25             Assuming that you're in a position to withdraw the

1  motion to withdraw by the 10th, my expectation is that the
2  outstanding discovery responses will be produced by October
3  17th.  And then I would like a status report from the parties
4  to be filed by October 24th proposing an appropriate
5  modification to the discovery schedule to complete whatever
6  needs to be done.
7       Now, if it turns out that Mr. Miller and Mr. Jimenez
8  are not able to resolve their issue, I will find time in my
9  schedule for a hearing on the motion to withdraw, and we'll get
10 that resolved.  And Mr. Jimenez will need to make some
11 decisions.  I think the entity, the business, is defunct, if
12 I'm recalling correctly.
13      Mr. Miller, is the business still running?
14      DEFENDANT JIMENEZ:  No, it's not.
15      MR. MILLER:  The business is closed and -- and
16 dissolved.
17      THE COURT:  Okay.  So with respect to his own status
18 as an individual defendant here, Mr. Jimenez will be able to
19 represent himself if he's not able to find counsel.  He would
20 not be able to represent the business.  I'm not sure if there's
21 an alter-ego-type claim here, but with Mr. Jimenez being a
22 named defendant himself, even if counsel withdraws, he can
23 either represent himself or look for new counsel.  But I think
24 allowing this 14-day period to see if Mr. Miller and
25 Mr. Jimenez can work out a resolution makes sense.

1            I think the modest delay in getting the discovery to
2   the plaintiffs can be addressed by allowing additional time in
3   the discovery period.  It would be the first extension that
4   would be allowed.  And even though the case was filed at the
5   end of March of this year, Mr. Jimenez didn't appear and file
6   an answer until June.  So in the grand scheme of things, the
7   case is not all that old.  This is a 2025 case, and this
8   particular individual defendant -- actually, both defendants
9   did not appear until June.
10           So that's how I'm going to address it.  I will need a
11  notice or a status report of some kind, Mr. Miller, indicating
12  by October 10th whether you're withdrawing your motion to
13  withdraw or whether you want to proceed on it, in which case
14  we'll get a hearing set.
15           If you're withdrawing the motion to withdraw, the
16  discovery responses will be due the 17th, and the status report
17  will be due the 24th.
18           Any questions about any of that?
19           MR. MILLER:  Perfect.
20           MR. TOTONCHI:  Not from Local 150, Your Honor.
21           MR. MILLER:  Not from -- not from me either, Judge.
22           Do you have any questions, Sam?
23           DEFENDANT JIMENEZ:  No, I don't.
24           THE COURT:  Okay.  Good.  Mr. Jimenez, make sure that
25  you're responding to your counsel and that you're communicating

10

1  so that you can figure out how you want to go forward here.
2     (Indecipherable response.)
3        THE COURT:  What is not going to be an option is --
4  yeah, if you end up, you know, sort of disappearing or not
5  participating in the process, there are remedies that the
6  plaintiffs can seek that I don't think you want to have to deal
7  with, so make sure that you're either going forward with
8  counsel or that you have a plan to represent yourself in this
9  case; or you may, you know, face, certainly default, but there
10 can be other issues as well.
11       DEFENDANT JIMENEZ:  Okay, Your Honor.  Thank you.
12 Thank you.
13       THE COURT:  Okay.  Thank you all for calling in today.
14 Have a good weekend.
15       DEFENDANT JIMENEZ:  Thank you.
16       MR. MILLER:  Thank you.  You too, Your Honor.
17       MR. TOTONCHI:  Thank you, Judge.
18    (Proceedings concluded at 11:11 a.m.)
19
20                   *   *   *   *   *
21
       I certify that the foregoing is a correct transcript, to
22 the extent possible, of the record of proceedings in the
   above-entitled matter given the limitations of conducting
23 proceedings via Webex.

24 */s/ NANCY L. BISTANY*                              October 10, 2025
   NANCY L. BISTANY, CSR, RPR, FCRR
25 Official Court Reporter