UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

International Union of Operating Engineers, Local 150, AFL−CIO

Plaintiff,

v.

Case No.: 1:25−cv−03190

Honorable Andrea R. Wood

Jimenez & Sons Excavating & Trucking, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 27, 2025:

MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed Plaintiff's status report [26]. It appears that Defendants have not followed through on the court−ordered course of action discussed at the motion hearing on 9/26/2025. Specifically, Defendants' counsel failed to file a status report or notice of withdrawal of their motion to withdraw by 10/10/2025. Defendants also did not respond to Plaintiff's outstanding discovery requests by 10/17/2025. And Defendants did not participate in the filing of Plaintiff's status report, which was due 10/24/2025 but filed 10/23/2025. In its status report, Plaintiff states its intent to file a motion for default judgment this week. Accordingly, the Court directs Plaintiff to file any such motion by 10/31/2025. The Court sets a telephonic status and motion hearing for 11/5/2025 at 9:30 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.