**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| International Union of Operating Engineers, ) <br> Local 150, AFL-CIO, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> Jimenez & Sons Excavating & Trucking, ) <br> Inc., a/k/a Jimenez & Sons Construction, ) <br> Inc., a dissolved Illinois corporation; and ) <br> Sam Jimenez, an individual, ) <br> ) <br>    Defendants. ) | Case No. 25-cv-3190 <br><br> Judge: Andrea R. Wood <br> Magistrate Judge: Jeffrey Cole |

**MOTION TO WITHDRAW**
**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**

  NOW COMES Todd A. Miller of Allocco, Miller and Cahill P.C., and hereby withdraws his September 11, 2025 motion (the "Motion") for Leave to Withdraw as Attorney for Jimenez & Sons Excavating & Trucking, Inc., a/k/a Jimenez & Sons Construction Inc., and Sam Jimenez ("Defendants") in the above referenced action.

  1. On September 11, 2025, the undersigned counsel filed the Motion due to a lack of communication from Mr. Jimenez and lack of payment for the relevant legal services.

  2. The undersigned counsel successfully resumed communication with Mr. Jimenez on October 7, 2025. Further, Mr. Jimenez made arrangements to begin payment of outstanding legal fees on October 22, 2025.

  For the foregoing reasons, the undersigned counsel withdraws his Motion for Leave to Withdraw as Attorney for the above-named Defendants.

1

Dated: October 27, 2025.

                Respectfully submitted,

              By: /s/ Todd A. Miller_____

Todd A. Miller (tam@alloccomiller.com)
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Ph: (312) 675-4325
Fx: (312) 675-4326

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he electronically filed the attached, *Motion to Withdraw Motion for Leave to Withdraw as Attorney*, with the Clerk of the Court using the CM/ECF system on this 27th day of October 2025, which will send notice of such filings to the following:

Emil P. Totonchi
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
etotonchi@local150.org

/s/ Todd A. Miller

Todd A. Miller (tam@alloccomiller.com)
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Ph: (312) 675-4325
Fx: (312) 675-4326