# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| International Union of Operating Engineers, Local 150, AFL-CIO, ) ) ) Plaintiff, ) ) v. ) ) Jimenez & Sons Excavating & Trucking, ) Inc., a/k/a Jimenez & Sons Construction, ) Inc., a dissolved Illinois corporation; and ) Sam Jimenez, an individual, ) ) Defendants. ) | Case No. 25-cv-3190<br><br>Judge: Andrea R. Wood<br>Magistrate Judge: Jeffrey Cole |

**CERTIFICATION OF EMIL P. TOTONCHI**

I, Emil P. Totonchi, state and certify pursuant to 28 U.S.C. § 1746 as follows:

1. I am one of the attorneys for Plaintiff International Union of Operating Engineers, Local 150, AFL-CIO ("Local 150"), in the above-entitled action. I have personal knowledge of the facts regarding this matter and the time expended in the prosecution of this action now pending in the United States District Court and, if called as a witness, I am competent to testify in respect thereto.

2. I have expended 23.00 hours in the prosecution of the above-entitled action, including the initial investigation and preparation of the Complaint, telephone conversations with representatives of Local 150, preparation of correspondence to Defendants, office conferences, legal research, review of Local 150's files to determine amounts due from Defendants, and preparing and filing of the instant motion for entry of judgment (Attachment 1). Our administrative staff incurred additional staff time of 2.00 hours.

3. I routinely spend between three-quarters of an hour, to an hour and a half appearing for an in-court hearing on a motion for default judgment. Based on this experience, I estimate that Local 150 will incur one (1) additional hour of attorneys' fees to appear for the hearing on the instant motion for default judgment.

4. I have in my possession a complete written record of the hours expended and costs incurred in the prosecution of this action in the form of client billing records which specify the various activities of counsel required in the litigation of this matter and confirm the number of hours expended and costs incurred as set forth above.

5. My usual and normal hourly charges for federal court litigation under the Labor-Management Relations Act ("LMRA") are $350.00 per hour. Our usual and normal hourly charges for our administrative staff are $150.00 per hour.

6. To the best of my knowledge and belief, the rate charged per hour is less than or equal to the usual and customary rates charged by law firms doing similar work in the United States District Court for the Northern District of Illinois. That rate, moreover, has been deemed reasonable in prior attorney fee litigation in this Court.

7. Furthermore, the Heavy and Highway and Underground Agreement entered into between Local 150 and the Mid-America Regional Bargaining Association (MARBA) ("CBA"), to which terms and provisions Jimenez & Sons Excavating & Trucking, a/k/a Jimenez & Sons Construction, Inc., a dissolved Illinois corporation is bound, provides that in the event the prevailing party is required to file suit to enforce the decision or award, and it prevails, it shall be entitled to recover its costs, including attorneys' fees, from the losing party.

8. I make this Certification in support of Local 150's Motion for Judgment on the Pleadings and an award of Local 150's costs totaling $405.00 and reasonable attorneys' fees in the

2

sum of $8,400.00 (24.00 hours x $350.00 per hour) and staff time of $300.00 (2.00 hours x $150.00 per hour) for total cost and fees of $9,105.00.

I certify under penalty of perjury that the foregoing is true and correct.

_____
EMIL P. TOTONCHI

Dated: 10/29/2025

# ATTACHMENT 1

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/27/2025 | | Prepare motion: Mot default<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 1.00h | $350.00 | - | $350.00 |
| 10/23/2025 | | Filing: Finalize/file Plaintiff's Status Report<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Lisa Strand | 0.75h | $150.00 | - | $112.50 |
| 10/21/2025 | | Prepare document: JSR and opp comm<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 1.00h | $350.00 | - | $350.00 |
| 10/21/2025 | | Office conference: LMS<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 09/26/2025 | | Court appearance: And prep<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons | Emil Totonchi | 1.00h | $350.00 | - | $350.00 |

| | | | | | 25.00h | | $0.00<br>0.00h | $8,350.00<br>25.00h |

1/10

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Excavating & Trucking Inc. (23-1-048) | | | | | |
| 09/11/2025 | | Review document: Mot to WD<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 09/11/2025 | | Review document: TM Mot withdraw and client comm<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.50h | $350.00 | - | $175.00 |
| 09/08/2025 | | Prepare motion: Compel disc<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 1.00h | $350.00 | - | $350.00 |
| 09/05/2025 | | Office conference: LMS<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 09/02/2025 | | Prepare motion: Compel disc<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & | Emil Totonchi | 0.50h | $350.00 | - | $175.00 |
| | | | | | **25.00h**<br>0.00h | | **$0.00** | **$8,350.00**<br>25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | | | | | |
| 08/26/2025 | | Opponent Communication: TM Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 08/19/2025 | | Opponent Communication: TM Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 07/14/2025 | | Discovery: Disc requests Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 2.75h | $350.00 | - | $962.50 |
| 07/09/2025 | | Discovery: Disc requests Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 1.25h | $350.00 | - | $437.50 |
| | | | | | **25.00h** 0.00h | | **$0.00** | **$8,350.00** 25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/08/2025 | | Discovery: Disc requests<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 2.50h | $350.00 | - | $875.00 |
| 07/01/2025 | | Discovery: Disc requests<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.50h | $350.00 | - | $175.00 |
| 06/26/2025 | | Opponent Communication: And draft JSR<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.50h | $350.00 | - | $175.00 |
| 06/25/2025 | | Office conference: LMS<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 06/25/2025 | | Opponent Communication: TM<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| | | | | | **25.00h**<br>0.00h | | **$0.00** | **$8,350.00**<br>25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Excavating & Trucking Inc. (23-1-048) | | | | | |
| 06/23/2025 | | Opponent Communication: TM<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 06/17/2025 | | Opponent Communication: TM<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 06/16/2025 | | Opponent Communication: TM<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 06/12/2025 | | Opponent Communication: TM<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 06/09/2025 | | Review document: Def's answer<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & | Emil Totonchi | 0.50h | $350.00 | - | $175.00 |
| | | | | | **25.00h**<br>0.00h | | **$0.00** | **$8,350.00**<br>25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | | | | | |
| 06/04/2025 | | Review document: Review ECF minute order; review file <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Lisa Kramer | 0.25h | $150.00 | - | $37.50 |
| 06/02/2025 | | Opponent Communication: TM <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 05/28/2025 | | Opponent Communication: TM <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 05/28/2025 | | Court appearance: And prep <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.75h | $350.00 | - | $262.50 |
| | | | | | **25.00h** <br> 0.00h | | **$0.00** | **$8,350.00** <br> 25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/28/2025 | | Review document: Review Joint Initial Status Report<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Lisa Kramer | 0.25h | $150.00 | - | $37.50 |
| 05/21/2025 | | Opponent Communication: With TM re JSR<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.50h | $350.00 | - | $175.00 |
| 05/21/2025 | | Prepare document: JSR draft<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 1.00h | $350.00 | - | $350.00 |
| 05/21/2025 | | Opponent Communication: Call to SJ<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 05/21/2025 | | Review file: Review ECF filings; review file<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons | Lisa Kramer | 0.25h | $150.00 | - | $37.50 |
| | | | | | **25.00h**<br>0.00h | | **$0.00** | **$8,350.00**<br>25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | | Excavating & Trucking Inc. (23-1-048) | | | | | |
| 05/14/2025 | | Office conference: LMS <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) <br> Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 05/08/2025 | | Client Communication: TG <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) <br> Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 05/07/2025 | | Client Communication: RN <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) <br> Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 05/02/2025 | | Review document: Review file; review affidavits of service; review ECF order <br> Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) <br> Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Lisa Kramer | 0.25h | $150.00 | - | $37.50 |
| 05/01/2025 | | Review document: Review various ECF filings; review file | 08453-JIMENEZ & SONS EXCAVATING & | Lisa Kramer | 0.25h | $150.00 | - | $37.50 |
| | | | | | **25.00h** <br> 0.00h | | **$0.00** | **$8,350.00** <br> 25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | | | | | |
| 04/29/2025 | | Office conference: MG, PF  Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 04/28/2025 | | Client Communication: FA  Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 04/25/2025 | | Client Communication: FA  Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 04/17/2025 | | Client Communication: MK and FA  Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048) Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.50h | $350.00 | - | $175.00 |
| | | | | | **25.00h** 0.00h | | **$0.00** | **$8,350.00** 25.00h |

# Activities Export

10/29/2025
10:58 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/17/2025 | | Office conference: LMS<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 04/07/2025 | | Office conference: LMS<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 04/04/2024 | | Review document: Review file<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 0.25h | $350.00 | - | $87.50 |
| 04/04/2024 | | Client Communication: Meeting with TG and RN re case<br>Unbilled | 08453-JIMENEZ & SONS EXCAVATING & TRUCKING INC. (23-1-048)<br>Jimenez & Sons Excavating & Trucking Inc. (23-1-048) | Emil Totonchi | 1.50h | $350.00 | - | $525.00 |
| | | | | | **25.00h**<br>0.00h | | **$0.00** | **$8,350.00**<br>25.00h |