**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| International Union of Operating Engineers, Local 150, AFL-CIO, ) ) Plaintiff, ) ) v. ) ) Jimenez & Sons Excavating & Trucking, Inc., a/k/a Jimenez & Sons Construction, Inc., a dissolved Illinois corporation; and Sam Jimenez, an individual, ) ) Defendants. ) | Case No. 25-cv-3190 Judge: Andrea R. Wood Magistrate Judge: Jeffrey Cole |

**STIPULATION FOR ENTRY OF STIPULATED FINAL JUDGMENT ORDER**

Plaintiff International Union of Operating Engineers, Local 150, AFL-CIO ("Local 150" or "the Union"), and Defendants Jimenez & Sons Excavating & Trucking, Inc., a/k/a Jimenez & Sons Construction, Inc., a dissolved Illinois corporation ("the Company"); and Sam Jimenez, an individual ("Jimenez") (collectively, "Defendants"), hereby enter into this Stipulation for Entry of Final Judgment ("Stipulation") as follows:

1. On March 26, 2025, Local 150 filed this action pursuant to Section 301 of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 185. Local 150's Complaint sought to enforce a Joint Grievance Committee ("JGC") award against the Company and Jimenez.

2. The Company has breached its contractual obligations to Local 150 under the collective bargaining agreement identified in the Complaint.

3. Defendants are liable to the International Union of Operating Engineers, Local 150, AFL-CIO, for its unpaid JGC award and liquidated damages, plus attorneys' fees and costs of this action, pursuant to the collective bargaining agreement.

4. Defendants, including Jimenez personally, are obligated to pay the unpaid JGC award, liquidated damages, and attorney's fees and costs as follows:

$23,730.07, representing the JGC award and liquidated damages;
$8,700.00 in attorneys' fees (Exhibit A);
$405.00 in costs (Exhibit A);
for a total Stipulated Final Judgment amount of $32,835.07.

5. The final Stipulated Final Judgment Order ("Judgment"), a true and correct copy of which is attached to this Stipulation as Exhibit B, may be entered in this matter.

6. Defendants consent to the jurisdiction of this Court for purposes of entry and enforcement of this Stipulation and Judgment. This Court has jurisdiction over the subject matter hereof and over Local 150 and Defendants, and venue is proper in this Court.

7. Local 150 and Defendants have agreed to resolve the allegations contained in Local 150's Complaint by entering into this Stipulation.

8. The Judgment may be entered by the Court.

9. Local 150 and Defendants hereby waive their right to seek to set aside the Judgment and further waive their right to appeal from the Judgment, except that Local 150 and Defendants agree that the Court shall retain jurisdiction for the purpose of enforcing the Judgment.

10. Defendants will accept notice of entry of judgment entered in this action by delivery of such notice to its counsel of record and agree that service of notice of entry of judgment will be deemed personal service upon it for all purposes.

11. The individuals signing below represent that they have been authorized by the parties they represent to sign this Stipulation.

12. This Stipulation may be executed in counterparts, and a facsimile or .pdf signature shall be deemed to be, and shall have, the same force and effect as an original signature.

| | |
|---|---|
| **Jimenez & Sons Excavating & Trucking Inc., a/k/a Jimenez & Sons Construction, Inc.** | **Sam Jimenez** |
| By: /s/ Todd A. Miller<br>       Todd A. Miller | By: /s/ Todd A. Miller<br>       Todd A. Miller |
| Dated: November 11, 2025 | Dated: November 11, 2025 |

**International Union of Operating Engineers, Local 150, AFL-CIO**

By: /s/ Emil P. Totonchi
       Emil P. Totonchi

Dated: November 11, 2025