# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

International Union of Operating Engineers, Local 150, AFL–CIO

          Plaintiff,

v.

Case No.: 1:25−cv−03190

Honorable Andrea R. Wood

Jimenez & Sons Excavating & Trucking, Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 11/5/2025. For the reasons stated on the record, Plaintiff's motion for entry of default and judgment [30] is entered and continued. The parties are directed to meet and confer regarding a potential stipulated judgment to be submitted for the Court's review and entry. Telephonic status hearing set for 11/18/2025 at 10:15 AM. The call in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.