# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

| | |
|---|---|
| International Union of Operating Engineers, Local 150, AFL−CIO | |
| Plaintiff, | |
| v. | Case No.: 1:25−cv−03190 |
| | Honorable Andrea R. Wood |
| Jimenez & Sons Excavating & Trucking, Inc., et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 17, 2025:

MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges the parties' stipulation for entry of stipulated final judgment order [33], submitted consistent with the discussion at the most recent status hearing on 11/5/2025. Having reviewed the stipulation and attachments, the Court accepts the proposed judgment for entry. Enter Stipulated Final Judgment Order. Plaintiff's motions to compel discovery responses [20] and for entry of default and judgment [30] are terminated as moot. Telephonic status hearing set for 11/18/2025 is stricken. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.