IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br><br>   Plaintiff,<br><br>  v.<br><br>JIMENEZ & SONS EXCAVATING & TRUCKING, INC., a/k/a JIMENEZ & SONS CONSTRUCTION, INC., and SAM JIMENEZ, an individual,<br><br>   Defendants. | No. 25-cv-03190<br><br>Judge Andrea R. Wood |

## STIPULATED FINAL JUDGMENT ORDER

Plaintiff International Union of Operating Engineers, Local 150, AFL-CIO ("Local 150" or "the Union") and Defendants Jimenez & Sons Excavating & Trucking, Inc., a/k/a Jimenez & Sons Construction, Inc., a dissolved Illinois corporation ("the Company"); and Sam Jimenez, an individual ("Jimenez")(collectively, "Defendants"), having stipulated to the entry of this Final Judgment Order ("Judgment"); that Defendants do not dispute the Complaint allegations against them; and having waived the right to appeal; and the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

  1.  That it has jurisdiction of the subject matter herein and of the parties hereto.

  2.  The Company is bound to a collective bargaining agreement with Local 150.

  3.  Pursuant to the collective bargaining agreement, the Joint Grievance Committee conducted a hearing into a grievance brought by Local 150 against Defendants and issued an award against Defendants requiring them to pay $21,572.79 to the I.U.O.E. Local 150 Scholarship Fund. Due to their failure to pay the amount owed in the Joint Grievance Award within ten days, pursuant

to the collective bargaining requirement, Defendants were required to pay additional liquidated damages in the amount of $2,157.28, making the payment due $23,730.07.

4. The collective bargaining agreement requires Defendants to pay Local 150 its attorney's fees and costs. As of the date of the motion, Local 150 has expended $8,700.00 in attorneys' fees for this litigation and $405.00 in costs.

5. There is no just cause for delay in the entry of a Judgment Order as to the sum of **$32,835.07** owed to Local 150 from Defendants.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

That Local 150 recover from Defendants, including Jimenez personally, the amount of **$32,835.07**, which includes an unpaid Joint Grievance Committee award, liquidated damages, attorneys' fees, and costs.

Local 150 is awarded immediate execution for the collection of the judgment and costs and fees granted hereunder.

The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE

DATED: November 17, 2025